**Order entered March 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01013-CV

## CHRISTOPHER GRAHAM, Appellant

## V.

## DARLA COMPTON, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05792-C**

## ORDER

On February 3, 2021, we ordered Janet E. Wright, Official Court Reporter for County Court at Law No.3, to file, no later than February 18, 2021, either the reporter's record or written verification no record exists or appellant has not requested the record. To date, Ms. Wright has not complied or otherwise corresponded with the Court.

Because this appeal cannot proceed until the issue of the reporter's record is resolved, we **ORDER** Ms. Wright to file the record or requested verification **no**

**later than March 26, 2021**.  We expressly **CAUTION** Ms. Wright that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Ms. Wright; and, the parties.

/s/    CRAIG SMITH
        JUSTICE